IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CV-00027-F

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>HUDSON INSURANCE COMPANY; TAMMY C. POLSTON; JAMES WILBUR POLSTON, JR.; and PINNACLE TRANSPORTATION SYSTEMS, INC.,<br>Defendants. | ORDER |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to either party to move to reopen should settlement not be consummated on or before June 9, 2016. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before June 16, 2016.

SO ORDERED.

This, the 11th day of May, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge